# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

RECEIVED
U.S. MARSHALS SERVICE
BOSTON, MA
2015 JUN 16 P 4:06

2015 AUG 19 PM 2:1
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

1385470

| | |
|---|---|
| United States of America<br>v.<br>Yancey Calhoun, a/k/a "Pops"<br><br>_____<br>*Defendant* | )<br>)<br>) Case No. 15cr10145 RGS (MBB)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Yancey Calhoun, a/k/a "Pops",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute Cocaine Base, Cocaine, and Heroin; and
18 USC 2 - Aiding and Abetting.

Date: 06/16/2015

_____
*Issuing officer's signature*

City and state: Boston, Massachusetts

Steve York, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 7/13/2015

*Printed name and title*