UNITED STATES DISTIRCT COURT

DISTRICT OF MASSACHUSETTS

YANCEY CALHOUN,

V.  Criminal Case No. 15 cr 10145-RGS

UNITED STATES OF AMERICA

MOTION FOR

BLOOD WORKS OF EVIDENCE IN DISCOVERY

1) Video Recordings.

2) Voice Recordings.

3) Video Tapings.

4) Phone Taps.

5) Submit any firearms if found.

6) Submit any drugs if found.

7) Any casings of bullets of firearms.

8) Need Blood Works of C.I (Confidential Informant).

9) Proof of warrant of knocked down doors.

10) Warrant to search a motor vehicle.

11) State Police laboratory reports.

12) Badge number of any police that went in your house.

13) How many Police Dogs were used to find drugs? (If found).

14) Number of People arrested in the raid.

15) How many A.T.F's involved in the raid.

16) Boston Police Laboratory reports.

17) F.B.I Police Laboratory report.

Yours truly,

## CERTIFICATE OF SERVICE

I certify that I have forwarded a true copy of this Motion to all parties involved.

Truly yours,