UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                    |
|------------------------------|---|--------------------|
| UNITED STATES OF AMERICA     | ) |                    |
| V.                           | ) | NO. 15-CR-10145-RGS |
| SHAROD HOPKINS, et al        | ) |                    |

## DEFENDANT'S MOTION FOR A RULE 11 HEARING

Now Comes, defendant Sharod Hopkins, who respectfully moves this Court to schedule Rule 11 hearing as soon as practicable.

Submitted By
Sharod Hopkins' attorney,

/s/ James Budreau
James Budreau, Bar #559931
20 Park Plaza, Suite 1005
Boston, MA 02116
617-366-2200

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 9th day of November 2015 and paper copies will be sent to those indicated as non-registered participants: None

/s/ James Budreau